IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re | Chapter 7 |
|---|---|
| DAVID & TAMMY EVERETT, | |
| Debtors. | Case No. 05-10399-PHX-SSC |
| | Adv. No. 05-00564 |
| ANTHONY & CONNIE HOPPER, | ORDER INCORPORATING MEMORANDUM DECISION DATED MARCH 20th 2007 (Opinion to Post) |
| Plaintiffs, | |
| vs. | |
| DAVID & TAMMY EVERETT, | |
| Defendants. | |

Based upon this Court's Memorandum Decision dated March 20, 2007, which is incorporated herein by reference:

The Court finds that the Plaintiffs have failed to establish all the elements of 11 U.S.C.§§ 523 (a)(2)(A) and 523(a)(2)(B). The Court further finds that as a result of Mr. Hopper's own "unclean hands" in the endeavor, the Plaintiffs are barred from now seeking to have the alleged debt deemed nondischargeable. The Court concludes that the entire debt owed by the Debtors to the Plaintiffs is discharged.

1

1    DATED this 20th day of March, 2007.

                                    _____
                                    Honorable Sarah Sharer Curley
                                    U. S. Bankruptcy Judge

**BNC to Notice**

2